Leonard WILSON v. STATE. (No. 12208.) Court of Criminal Appeals of Texas. Oct. 24, 1928.

Grover Sellers, Judge. C. C. McKinney, of Cooper, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, driving an automobile while under the influence of intoxicating liquor; penalty, a fine of $200. The record is without bills of exception or statement of facts and

presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.